UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERTO ROMAN,<br><br>Defendant. | Affirmation in Support of Application for Order of Continuance<br><br>24 Mag. 2275 |

State of New York            )
County of New York          : ss.:
Southern District of New York )

      Remy Grosbard, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.      I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

      2.      The defendant was charged in a complaint dated June 14, 2024, with violations of 18 U.S.C. § 1951. The defendant was arrested on June 18, 2024, and was presented in this District before Magistrate Judge James L. Cott on that same date, at which proceeding the defendant was represented by Marisa Cabrera, Esq., and ordered detained.

      3.      At the presentment on June 18, 2024, a preliminary hearing was scheduled for July 2, 2024. Under the Speedy Trial Act, the Government had until July 18, 2024, within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4.      On June 25, 2024, Magistrate Judge Robyn F. Tarnofsky entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until August 1, 2024.

5.      On July 23, 2024, Magistrate Judge Valerie Figueredo entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until September 2, 2024.

6.      On August 28, 2024, Magistrate Judge Stewart D. Aaron entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until October 2, 2024.

7.      On September 30, 2024, Chief Magistrate Judge Sarah Netburn entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until November 1, 2024.

8.      On October 30, 2024, Magistrate Judge Barbara C. Moses entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be

conducted or an indictment or information would have to be filed in this case until December 2, 2024.

9. On November 27, 2024, Magistrate Judge Barbara C. Moses entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until January 2, 2025.

10. On December 30, 2024, Magistrate Judge Robert W. Lehrburger entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until February 3, 2025.

11. On January 29, 2025, Magistrate Judge Jennifer E. Willis entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until March 5, 2025.

12. On March 4, 2025, Magistrate Judge Robyn F. Tarnofsky entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until April 4, 2025.

13. On April 1, 2025, Magistrate Judge Ona T. Wang entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A),

extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until May 5, 2025.

13. On May 1, 2025, Magistrate Judge Ona T. Wang entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until June 4, 2025.

14. On June 3, 2025, Magistrate Judge Valerie Figueredo entered an Order of Continuance, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until July 7, 2025.

15. Defense counsel, Valerie Gotlib, Esq., and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before July 7, 2025.

16. Therefore, the Government requests a 30-day continuance until August 6, 2025, to continue the foregoing discussions toward resolving this matter. On July 1, 2025, I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to August 6, 2025, and has specifically consented to this request. This application has been authorized by Assistant United States Attorney Andrew Dember, Deputy Chief of the Criminal Division.

17.     For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
       July 7, 2025

_____
Remy Grosbard
Assistant United States Attorney
212-637-2446